<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-1892**

TERESSA L. ANGLINMATUMONA,

　　　　　Plaintiff - Appellant,

　　v.

MICRON CORPORATION,

　　　　　Defendant - Appellee.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Anthony John Trenga, District Judge. (1:11-cv-00572-AJT-TRJ)

Submitted: October 11, 2012　　　Decided: October 15, 2012

Before KING, DUNCAN, and DIAZ, Circuit Judges.

Dismissed by unpublished per curiam opinion.

Teressa L. Anglinmatumona, Appellant Pro Se. Garen Edward Dodge, Jennifer Anne Harper, Joseph Erwin Schuler, JACKSON LEWIS, LLP, Reston, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Teressa L. Anglinmatumona seeks to appeal the district court's order granting summary judgment to Micron Corporation on her claims of employment retaliation. We dismiss the appeal for lack of jurisdiction because the notice of appeal was not timely filed.

Parties are accorded thirty days after the entry of the district court's final judgment or order to note an appeal, Fed. R. App. P. 4(a)(1)(A), unless the district court extends the appeal period under Fed. R. App. P. 4(a)(5), or reopens the appeal period under Fed. R. App. P. 4(a)(6). "[T]he timely filing of a notice of appeal in a civil case is a jurisdictional requirement." Bowles v. Russell, 551 U.S. 205, 214 (2007).

The district court's order was entered on the docket on June 4, 2012.* The notice of appeal was filed on July 6, 2012. Because Anglinmatumona failed to file a timely notice of appeal or to obtain an extension or reopening of the appeal period, we dismiss the appeal. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

DISMISSED

---

* The thirtieth day of the appeal period fell on July 4, 2012, a legal holiday. See Fed. R. App. P. 26(a)(1)(C), (a)(6)(A). Thus, Anglinmatumona had until July 5, 2012, to file a timely notice of appeal.